**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

KATELIN HOWELL, individually
and on behalf of all others similarly
situated,

        Plaintiff,        CASE NO.: 2:17-cv-10702-AJT-DRG
                                DISTRICT JUDGE ARTHUR J. TARNOW
                                MAGISTRATE JUDGE DAVID R. GRAND

v

CARING FROM THE HEART, LLC,
a Michigan limited liability corporation,
and MERADITH FITHIAN, an individual,

        Defendants.

_____

| | |
|---|---|
| Blanchard & Walker, PLLC | Law Office of Gregory T. Gibbs |
| By:    David M. Blanchard (P67190) | By:    Gregory T. Gibbs (P26440) |
|            Daniel C. Tai (P76798) |            Alec S. Gibbs (P73593) |
| Attorneys for Plaintiffs |            Ann A. Lerche (P33331), Of Counsel |
| 221 N. Main Street, Suite 300 | Attorneys for Defendants |
| Ann Arbor, MI 48104 | 717 S. Grand Traverse |
| (734) 929-4313 | Flint, MI 48502 |
| blanchard@bwlawonline.com | (810) 239-9470 |
| tai@bwlawonline.com | greggibbs51@sbcglobal.net |
| | gibbsale@gmail.com |
| | annlerche@gmail.com |

_____

**CONSENT DECREE IN SETTLEMENT OF CLAIM
UNDER THE FAIR LABOR STANDARDS ACT, 29 U.S.C. § 201, et. seq.**

      This matter having come before the Court upon the Motion of Katelin HOWELL ("**Howell**"), CARING FROM THE HEART, LLC ("**Caring From The Heart**"), and MERADITH FITHIAN, (" **Fithian**"), for entry of a Consent Decree in Settlement of the disputed claim of Plaintiff Katelin Howell, individually, under the Fair Labor Standards Act, 29 U.S.C. § 201, *et. seq.*,(the "Act") and the Court being otherwise fully advised in the premises:

1

WHEREAS Howell and Caring From The Heart and Fithian have reached an agreement embodied in this Consent Decree that resolves all disputes arising out of Howell's employment with Caring From The Heart and Fithian and the termination of Howell's employment with Caring From The Heart and Fithian ;

WHEREAS the Court has reviewed the parties' Settlement Agreement ("Agreement") which has been filed with the Court;

NOW THEREFORE IT IS HEREBY ORDERED AND ADJUDGED that the Agreement is a just and reasonable resolution of the parties' dispute and the parties shall perform their respective obligations under the Agreement;

IT IS FURTHER ORDERED that upon Howell's, Caring From The Heart's, and Fithian's full and complete performance of their obligations under the Agreement, Caring From The Heart and Fithian shall be under no further legal obligation to Howell, and Howell shall have no further claim against Caring From The Heart and Fithian, for any matters associated with or arising under the Act as stated in the parties' Agreement.

**SO ORDERED.**

                                                s/Arthur J. Tarnow
                                                Arthur J. Tarnow
                                                United States District Judge

Dated: July 17, 2017

Approved as to substance and form:

| | |
|---|---|
| By: /S/Gregory T. Gibbs | By: /S/ David M. Blanchard |
| Gregory T. Gibbs (P2640) | David M. Blanchard (P67190) |
| Law Office of Gregory T. Gibbs | Blanchard & Walker PLLC |
| Attorneys For Defendants | Attorneys for Plaintiff |